## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | | |
|---|---|---|
| ROBERT BAXTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| HANCOCK COUNTY SHERIFF'S | ) | |
| DEPARTMENT, SHERIFF TRAVIS | ) | |
| DUFFY, as an individual and in his | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF REMOVAL</u>

Defendants, HANCOCK COUNTY SHERIFF'S DEPARTMENT and SHERIFF TRAVIS DUFFY, as an individual and in his official capacity, by and through one of their attorneys, MICHAEL J. ATKUS, of KNIGHT, HOPPE. KURNIK & KNIGHT, LTD., pursuant to 28 U.S.C. § 1441 and § 1446, hereby serve their Notice of Removal of the cause entitled *Robert Baxter v. Hancock Sheriff's Dept. et al.*, filed in the Circuit Court of the Ninth Judicial Circuit, Hancock County, Illinois Case No. 2023LA14.  As its statement of grounds for removal, the Defendants state as follows:

1.      Plaintiff filed an action against the Defendants, which was commenced on or about December 6, 2023 and which is presently pending in the Circuit Court of the Ninth Judicial Circuit, Hancock County, Illinois Case No. 2023LA14.  A true and accurate copy of the Summons and Complaint is attached and made a part of this Notice as Exhibit A.

1

2.      Service of process of the Complaint was made on the Defendants on or about December 14, 2023.

3.      The Complaint includes claims of constitutional violations against the Defendants.  The claims for constitutional violations are brought pursuant to federal law and enable the Defendants to file this Notice of Removal.

4.      The State Court proceeding is an action for civil damages, which among these claims alleges that the Defendants deprived Plaintiff of rights secured to him by the Constitution of the United States under the First Amendment.

5.      The State Court Complaint raises federal questions and the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1343 and pendant jurisdiction over state claims pursuant to 28 U.S.C. §1367.

6.      The removal of the State Court action to the United States District Court is proper pursuant to 28 U.S.C. §1441.  By virtue of the provisions of 28 U.S.C. §1441, this case is one which may be removed to the District Court pursuant to 28 U.S.C. §1441, and the action brought is one of which the District Court has original jurisdiction as the claim is founded on a claim or right arising under the Constitution, treaties, or laws of the United States.

7.      A Notice of Removal has contemporaneously been filed with the Circuit Court of the Ninth Judicial Circuit, Hancock County, Illinois.

8.      Removal is sought by all Defendants who request to remove the above-described matter from the Circuit Court of the Ninth Judicial Circuit, Hancock

County, Illinois to the United States District Court for the Central District of Indiana, Rock Island Division.

9.      This Notice of Removal is timely filed under 28 U.S.C. §1446(b). Defendants were served with process on December 14, 2023.  The thirtieth (30th) day fell on Saturday, January 13, 2024.  This Notice of Removal is filed on Monday January 15, 2024.

10.     The Civil Cover Sheet is attached as Exhibit B to this Notice.

11.     The summons and complaint filed as Exhibit A constitute all the pleadings filed in the state court action.

12.      Removal should be permitted in the interest of justice because the Defendant properly seeks to invoke its right to defend these constitutional and federal claims in the federal forum.

WHEREFORE,  the  Defendants,  HANCOCK  COUNTY  SHERIFF'S DEPARTMENT and SHERIFF TRAVIS DUFFY, as an individual and in his official capacity, pray that this Honorable Court exercise jurisdiction over this cause and that this action be removed to this Court and Division.


Respectfully Submitted,


/s/ Michael J. Atkus
MICHAEL J. ATKUS, Attorney #6285666
One of the Attorneys for the Defendants,
HANCOCK COUNTY SHERIFF'S
DEPARTMENT and SHERIFF TRAVIS
DUFFY

3

## <u>CERTIFICATE OF ELECTRONIC SERVICE</u>

I hereby certify that on January 15, 2024, the foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of the Court using the CM/ECF system, a copy of which was served upon the following, via email:

**<u>Attorney for Plaintiff ROBERT BAXTER</u>**
Dustin Clark
BOUGHER, KRISHER & ASSOCIATES,
ATTORNEYS AT LAW P.C.
202 North Lafayette Street
Macomb, Illinois 61455
E-Mail:      dustin@bougherlaw.com

/s/ Michael J. Atkus
MICHAEL J. ATKUS, Attorney #6285666

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorneys for Defendants HANCOCK COUNTY
SHERIFF'S DEPARTMENT and SHERIFF TRAVIS DUFFY
5600 North River Road, Suite 600
Rosemont, Illinois 60018-5114
Telephone:   847-261-0700
Facsimile:   847-261-0714
E-Mail:      matkus@khkklaw.com

# EXHIBITS

## IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
## HANCOCK COUNTY, ILLINOIS

ROBERT BAXTER,
Plaintiff,

v.

Case No.2023LA14

HANCOCK COUNTY SHERIFF'S
DEPARTMENT,
SHERIFF TRAVIS DUFFY, as an
individual and in his official capacity,
Defendants.

### SUMMONS

To:   Hancock County Sheriff's Department
98 Buchanan Street
Carthage, IL 62321

**YOU ARE SUMMONED and required to file an answer in this case, or otherwise file
your appearance in the Office of the Clerk of this Court.**

**98 Buchanan Street**
**Carthage, IL 62321**

**Within 30 days after service of this summons, not counting the day of service. IF YOU FAIL
TO DO SO A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE
RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERTO ATTACHED.**

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must
first create an account with an e-filing service provider. Visit **https://efile.illinoiscourts.gov/service-providers.htm** to learn more and to select a service provider. If you need additional help or have
trouble e-filing, visit **http://www.illinoiscourts.gov/FAQ/gethelp.asp**.

To the officer:

This summons must be returned by the officer or other persons to whom it was given for
service, with indorsement of service and fees, if any immediately after service. If service cannot
be made, this summons shall be returned so indorsed. This summons may not be served later
than 30 days after its date.

12/7/2023

WITNESS, _____, 2023

(Seal of Court)

Clerk of court

Associate Circuit Clerk-Deputy

**Name:** Dustin Clark
**Attorney for** Plaintiff
**Address:** 202 N Lafayette Street
**City:** Macomb, Illinois 61455
**Telephone:** 309-833-1702

Date of Service: _____, 20__.

(To be inserted by officer on copy left with defendant or other person.)

**EXHIBIT A**

**THIRD PARTY SERVICE FEES**

Service and return............. $ _____

Miles _____    $ _____

Total                        $ _____

_____
THIRD PARTY SERVER

I certify that I served this summons on defendants as follows:

(a)-- (Individual defendants-personal):

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

_____

_____

_____

_____

(b)-(Individual defendants-abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person on the contents of the summons.

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.)

_____

_____

_____

_____

and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

**Name of Respondent**          **Mailing Address**          **Date of Mailing**

**HANCOCK COUNTY**          **98 BUCHANAN ST, CARTHAGE, IL 62321**
**SHERIFF'S DEPARTMENT**

_____, THIRD PARTY SERVER

By: _____

STATE OF ILLINOIS                            )
  ☐  **COUNTY OF ADAMS**              )    DOCKET NO.    2023LA14
  ☐  **COUNTY OF HANCOCK**            )
  ☐  **COUNTY OF MORGAN**             )

FILED
Hancock Co. Circuit Court
9th Judicial Circuit
Date: 12/19/2023 11:34 AM
Keara Weber
2023LA14

## AFFIDAVIT OF PROCESS SERVICE

Steven W. Albert, on oath, states that he is an investigator for Albert Investigations, a licensed private detective agency #117-001499.  Affiant further states he holds a valid Permanent Employee Registration Card issued by the Illinois Department of Professional Regulation, which was in full force and effect at all times mentioned herein.  I further state that I served the: A. **SUMMONS**    B. Alias Summons        C. Citation to Discover Assets        D. Alias Citation to Discover Assets    E. Wage Deduction Summons        F. Subpoena        G. _____ in the following manner,

Personal Service on defendant _____, by leaving on _____/_____/_____ at the hour of _____M, at _____ Street, _____ County, _____.

Alternate Service on defendant _____, by leaving on _____/_____/_____ at the hour of _____M, at _____ Street, _____ County, _____, his/her legal place of abode with _____*, a person of his/her household, of age 13 years or upwards, informing that person of the contents of the attached document(s) and also by sending a copy of the attached document(s) on the next business day, in a sealed envelope.

Corporation Service on    HANCOCK COUNTY SHERIFFS DEPARTMENT , by leaving a copy of the attached document(s) with **CHIEF DEPUTY JOSH SMITH** * of the corporation on **DECEMBER 14, 2023** at the hour of  **10:30 AM**, at **98 BUCHANAN ST., HANCOCK COUNTY, CARTHAGE, ILLINOIS 62321.**

*Description of Recipient: Sex:  Male    Race: WHITE    Approximate age:  32

Non-Service:    ☐ Home address is incorrect.                    ☐ Moved, no forwarding address.
                ☐ Work address is incorrect.                    ☐ Evading service.
                ☐ Unable to serve in timely fashion, please resubmit.    ☐ Service cancelled by litigant.
                ☐ Please do not resubmit without new information.

Additional information:    Dustin Clark, 202 N. Lafayette Street, Macomb, IL.

| _____12/14/23_____ | _____ |
| Date | Signature |

Service: _____$65_____    Mileage: _____    New Work/Home Address: _____

Not Found: _____    Finder's Fee _____    Total: _____$65.00_____

Address:    Albert Investigations
Steven W. Albert
P.O. Box 748
Quincy, IL 62306-0748

Telephone:  (217) 224-2583

## IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
## HANCOCK COUNTY, ILLINOIS

ROBERT BAXTER,
Plaintiff,

v.

Case No.2023LA14

HANCOCK COUNTY SHERIFF'S
DEPARTMENT,
SHERIFF TRAVIS DUFFY, as an
individual and in his official capacity,
Defendants.

### SUMMONS

To:    Sheriff Travis Duffy
       98 Buchanan Street
       Carthage, IL 62321

      **YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court.**

**98 Buchanan Street**
**Carthage, IL 62321**

**Within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERTO ATTACHED.**

    E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit **https://efile.illinoiscourts.gov/service-providers.htm** to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit **http://www.illinoiscourts.gov/FAQ/gethelp.asp**.

To the officer:

    This summons must be returned by the officer or other persons to whom it was given for service, with indorsement of service and fees, if any immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

(Seal of Court)

WITNESS, _____ 12/7/2023 _____, 2023

_____
Clerk of court

_____
Associate Circuit Clerk-Deputy

**Name:** Dustin Clark
**Attorney for** Plaintiff
**Address:** 202 N Lafayette Street
**City:** Macomb, Illinois 61455
**Telephone:** 309-833-1702

Date of Service: _____, 20___.

(To be inserted by officer on copy left with defendant or other person.)

## THIRD PARTY SERVICE FEES

Service and return............    $ _____

Miles _____    $ _____

Total    $ _____

_____
THIRD PARTY SERVER

I certify that I served this summons on defendants as follows:

(a)—(Individual defendants-personal):
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

_____

_____

_____

(b)-(Individual defendants-abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person on the contents of the summons.
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.)

_____

_____

_____

and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

Name of Respondent            Mailing Address            Date of Mailing

**HANCOCK COUNTY**            **98 BUCHANAN ST, CARTHAGE, IL 62321**
**SHERIFF'S DEPARTMENT**

_____, THIRD PARTY SERVER

By: _____

STATE OF ILLINOIS )
☐   COUNTY OF ADAMS )   DOCKET NO.   2023LA14
☒   COUNTY OF HANCOCK )
☐   COUNTY OF MORGAN )

FILED
Hancock Co. Circuit Court
9th Judicial Circuit
Date: 12/19/2023 11:34 AM
Keara Weber
2023LA14

## AFFIDAVIT OF PROCESS SERVICE

Steven W. Albert, on oath, states that he is an investigator for Albert Investigations, a licensed private detective agency #117-001499. Affiant further states he holds a valid Permanent Employee Registration Card issued by the Illinois Department of Professional Regulation, which was in full force and effect at all times mentioned herein. I further state that I served the: (A) SUMMONS   B. Alias Summons     C. Citation to Discover Assets     D. Alias Citation to Discover Assets   E. Wage Deduction Summons     F. Subpoena     G. _____ in the following manner,

Personal Service on defendant _____, by leaving on ____/____/____ at the hour of _____ M, at _____ Street, _____ County, _____.

Alternate Service on defendant   SHERIFF TRAVIS DUFFY, by leaving on   DECEMBER 14, 2023   at the hour of   10:30 am, at 98 BUCHANAN STREET, HANCOCK COUNTY, CARTHAGE, ILLINOIS 62321 , his legal place of business with CHIEF DEPUTY JOSH SMITH*, an employee of the business, informing that person of the contents of the attached document(s) and also by sending a copy of the attached document(s) on the next business day, in a sealed envelope.

Corporation Service on _____, by leaving a copy of the attached document(s) with _____* of the corporation on ____/____/____ at the hour of _____M, at _____ Street, _____ County, _____.
*Description of Recipient:  Sex:  Male / Female     Race: _____   Approximate age: _____

Non-Service:   ☐ Home address is incorrect                    ☐ Moved, no forwarding address.
               ☐ Work address is incorrect.                   ☐ Evading service.
               ☐ Unable to serve in timely fashion, please resubmit.   ☐ Service cancelled by litigant.
               ☐ Please do not resubmit without new information.

Additional information:    Dustin Clark, 202 N. Lafayette Street, Macomb, IL.

_____
12/14/23
Date

_____
Signature

Service: _____$65.00_____   Mileage: _____   New Work/Home Address: _____

Not Found: _____   Finder's Fee _____   Total: _____$65.00_____

Address:   Albert Investigations
           Steven W. Albert
           P.O. Box 748
           Quincy, IL 62306-0748

Telephone:  (217) 224-2583

FILED
Dec 6 2023
11:14AM

*Keara Weber*
Hancock County, IL

## IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
## HANCOCK COUNTY, ILLINOIS

ROBERT BAXTER,
Plaintiff,

v.

Case No. 2023LA14

HANCOCK COUNTY SHERIFF'S
DEPARTMENT,
SHERIFF TRAVIS DUFFY, as an
individual and in his official capacity,
Defendants.

Jury Demanded

## COMPLAINT

**NOW COMES** the Plaintiff, ROBERT BAXTER, by and through his attorney, DUSTIN CLARK of *Bougher, Krisher & Associates, Attorneys at Law, P.C.*, and hereby complains of the Defendants, HANCOCK COUNTY SHERIFF'S DEPARTMENT and SHERIFF TRAVIS DUFFY, as follows:

## FACTUAL BACKGROUND

1. At all relevant times, Plaintiff was a deputy sheriff with the Hancock County Sheriff's Department in Hancock County, Illinois prior to his termination on December 7, 2022.
2. Defendant Sheriff Duffy is the duly elected sheriff of Hancock County, Illinois.
3. Sheriff Duffy won the Republican primary election in June 2022.
4. Following the primary election, Plaintiff observed Defendant Duffy working significantly fewer hours.
5. Plaintiff informed Hancock County State's Attorney, Rachel Mast, Hancock County Board Chairman, Delbert Kreps, and Hancock County Circuit Judge, Rodney Clark, about the excessive absences and reduced work hours of Defendant Duffy during the June 2022 Republican primary election campaign.
6. Sheriff Duffy won the general election and was sworn in as Sheriff of Hancock County, Illinois on December 1, 2022.
7. Sheriff Duffy left for a short vacation following his swearing-in ceremony.
8. Upon Sheriff Duffy's return from vacation on December 7, 2022, Sheriff Duffy and Chief Deputy Smith arrived at Plaintiff's home.
9. Plaintiff was handed a termination letter by Sheriff Duffy and told to immediately assemble his police gear and surrender the same.
10. Plaintiff inquired of Sheriff Duffy why he was being terminated as the termination letter contains no cause for Plaintiff's termination.
11. Sheriff Duffy stated that four people had come forward and told Sheriff Duffy about Plaintiff's disclosures regarding Sheriff Duffy during the election.

12. On January 17, 2023, Plaintiff filed a complaint with the Illinois Department of Human Rights.

13. The Illinois Department of Human Rights has been investigating the allegations since the complaint was filed, specifically those related to age discrimination as the remaining allegations fall outside of their statutory authority.

14. To date no determinations have been rendered by the department of human rights concerning the claim of age discrimination.

## COUNT I: RETALIATORY DISCHARGE

15. Paragraphs 1-14 are incorporated into this Count I as if they were restated verbatim.

16. The Plaintiff sustained damages because of his termination.

17. The Defendant, Travis Duffy, told the Plaintiff that he was being terminated due to the Plaintiff's complaints to other public officials about the Defendant's absence and for providing information to the Defendant's political opponent, Mike Boley, during the election campaign.

WHEREFORE, Plaintiff requests the following relief:
  A. Reinstatement to his former position of Deputy Sheriff in Hancock County.
  B. Backpay to the date of termination of December 7, 2022.
  C. Plaintiff's attorney's fees and court costs.
  D. All other relief demanded by equity and justice.

## COUNT II: RETALIATORY DISCHARGE UNDER 740 ILCS 174/1 ET. AL.

18. The allegations stated in Paragraphs 1-14 are incorporated into this Count II as if they were restated verbatim.

19. Plaintiff reasonably believed that the Defendant, Travis Duffy, was violating local, state or federal law in that the Defendant was being paid for a full-time position, but was working part-time, resulting in an overpayment of his wages or salary and outsized contributions to his Illinois Municipal Retirement Fund pension.

WHEREFORE, Plaintiff requests the following relief:
  A. Reinstatement to his former position of Deputy Sheriff in Hancock County.
  B. Backpay to the date of termination of December 7, 2022.
  C. Attorney's fees and court costs.
  D. All other relief demanded by equity and justice.

## COUNT III: VIOLATION OF FIRST AMENDMENT RIGHTS PURSUANT TO 42 U.S.C. §1983

20. The allegations stated in Paragraphs 1-14 are incorporated into this Count III as if they were restated, verbatim.
21. Sheriff Duffy was acting under color of state law as the duly elected sheriff of Hancock County when he terminated Plaintiff from his position of deputy sheriff.
22. Plaintiff had a right as a public employee to exercise his right to speech on issues of public concern.
23. Sheriff Duffy's failure to work full time when running for the position of sheriff was a matter of public concern as it went directly to Sheriff Duffy's fitness to hold the elected position of sheriff.
24. But-for Plaintiff's statements concerning Sheriff Duffy's absenteeism, Sheriff Duffy would not have terminated Plaintiff.

WHEREFORE, Plaintiff requests the following relief:

A. Reinstatement to his former position of Deputy Sheriff in Hancock County.
B. Backpay to the date of termination of December 7, 2022.
C. Attorney's fees and court costs.
D. All other relief demanded by equity and justice.

## JURY DEMAND

Plaintiff herein demands trial by jury of six.

ROBERT BAXTER, Plaintiff

By: /s/Dustin Clark_____
DUSTIN CLARK
*Bougher, Krisher & Associates*
Attorney for Plaintiff

**DUSTIN CLARK**
*Bougher, Krisher & Associates,*
*Attorneys at Law P.C.*
202 N. Lafayette St.
Macomb, IL 61455
Ph: (309) 833-1702
Fx.: (309) 833-1701
dustin@bougherlaw.com
6322459

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Robert Baxter | Hancock County Sheriff's Department, Hancock County Sheriff Travis Duffy |

| (b) County of Residence of First Listed Plaintiff   Hancock County, IL | County of Residence of First Listed Defendant   Hancock County, IL |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| DUSTIN CLARK<br>Bougher, Krisher & Associates, | MICHAEL J. ATKUS<br>KNIGHT HOPPE KURNIK & KNIGHT, LTD. |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157 | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| | | | **INTELLECTUAL PROPERTY RIGHTS** | |
| | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark<br>☐ 880 Defend Trade Secrets Act of 2016 | |
| **REAL PROPERTY** | **PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☒ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | |
| | | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1441, 1446

Brief description of cause:
FORMER EMPLOYEE CLAIMS RETALIATED AGAINST IN VIOLATION OF FIRST AMENDMENT

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 12/15/2024 | /S/ Michael J. Atkus |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**EXHIBIT B**

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**   **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**   **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

**III.**   **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**   **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.**   **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**   **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.